**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Feldman, Jeffrey M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Feldman, Elissa S.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**AKA Lisa Feldman** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-5157** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-2147** |
| Street Address of Debtor (No. & Street, City, and State):<br>**901 Baldwin Road**<br>**Highland Park, IL**<br>ZIP Code **60035** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**901 Baldwin Road**<br>**Highland Park, IL**<br>ZIP Code **60035** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**
(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ■ Business

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**            **FORM B1**, Page 2

| # Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Feldman, Jeffrey M**<br>**Feldman, Elissa S.** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.<br><br>**X** _____<br>    Signature of Attorney for Debtor(s)      Date |

| **Exhibit C** | **Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)** |
|---|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No | ■ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

---

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

### Statement by a Debtor Who Resides as a Tenant of Residential Property
*Check all applicable boxes.*

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

(Official Form 1) (10/05)                                                                                    FORM B1, Page 3

## Voluntary Petition

| | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Feldman, Jeffrey M**<br>**Feldman, Elissa S.** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Jeffrey M Feldman**
Signature of Debtor **Jeffrey M Feldman**

**X** **/s/ Elissa S. Feldman**
Signature of Joint Debtor **Elissa S. Feldman**

Telephone Number (If not represented by attorney)

**July 14, 2006**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney

**X** **/s/ Robert R. Benjamin**
Signature of Attorney for Debtor(s)

**Robert R. Benjamin 0170429**
Printed Name of Attorney for Debtor(s)

**Querrey & Harrow, Ltd.**
Firm Name

**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
Address

**Email: rbenjamin@querrey.com**
**(312)540-7000  Fax: (312)540-0578**
Telephone Number

**July 14, 2006**
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Form 6-Summary
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey M Feldman,**
       **Elissa S. Feldman**

Case No. _____

Chapter _____ **7**

Debtors ,

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 1,700,000.00 | | |
| B - Personal Property | Yes | 4 | 566,120.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 2,297,900.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 134,771.25 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 2,594,528.95 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 1,218.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 7,527.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 2,266,120.00 | | |
| Total Liabilities | | | | 5,027,200.20 | |

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Jeffrey M Feldman,**
         **Elissa S. Feldman**                           Case No. _____

                                      Debtors        Chapter_____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | **134,771.25** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | **0.00** |
| Student Loan Obligations (from Schedule F) | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | **0.00** |
| TOTAL | **134,771.25** |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re   **Jeffrey M Feldman,**                                          Case No. _____
        **Elissa S. Feldman**

_____,
                                        Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **single family stucco 901 Baldwin Road Highland, IL 60035** | **beneficial interest in trust# 2219 of Mid City Nat'l Bank of Chicago dated Aug 14, 1989** | **J** | **1,700,000.00** | **750,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **1,700,000.00** | (Total of this page) |
| Total > | **1,700,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re   **Jeffrey M Feldman,**                         Case No. _____
        **Elissa S. Feldman**
        _____,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First Bank of Highland Park checking** | **W** | **300.00** |
| | | | **Harris Bank checking** | **J** | **40.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Ishwar Allmchandi (LL)** | **-** | **3,750.00** |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **household goods and furnishings** | **J** | **3,900.00** |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **wearing apparel** | **J** | **2,500.00** |
| 7. | Furs and jewelry. | | **costume jewelry, 20 year old fur coat, engagement ring in platinum setting** | **J** | **90,000.00** |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **MetLife facevalue 2,500,000 term** | **W** | **0.00** |
| | | | **Metlife face value, 1,000,000 term** | **W** | **0.00** |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >   **100,490.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                         Best Case Bankruptcy

Form B6B
(10/05)

In re  **Jeffrey M Feldman,**                                   Case No. _____
       **Elissa S. Feldman,**

_____,
                        Debtors

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Merrill Lynch IRA** | W | 49,521.00 |
| | | **Merrill Lynch IRA** | H | 8,655.00 |
| | | **Morgan Stanley** | H | 61,244.00 |
| | | **Yellow Cab Mgt Pension Fund** | J | 52,010.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% interest in Bison Enterprises Inc.** | J | 0.00 |
| | | **100% interest in Bison II, Inc.** | H | 0.00 |
| | | **100% interest in Bison III, Inc.** | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        171,430.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6B
(10/05)

In re  **Jeffrey M Feldman,**
    **Elissa S. Feldman**

Case No. _____

,

Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 GMC** | H | 14,000.00 |
| | | **2006 Chevy** | J | 30,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **1991 fax, 2000 Lex-Mark, 1998 CompaQ desk top and 2000 CompaQ laptop** | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >    44,200.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **Jeffrey M Feldman,**                                          Case No. _____
         **Elissa S. Feldman**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Counterclaim versus Patzik, Frank & Samotny, Ltd.** | **H** | **250,000.00** |

| | |
|---|---|
| Sub-Total > | **250,000.00** |
| (Total of this page) | |
| Total > | **566,120.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6C
(10/05)

In re   **Jeffrey M Feldman,**   Case No. _____
**Elissa S. Feldman**

_____,
Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:   ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)   $125,000.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **single family stucco** | **735 ILCS 5/12-901** | **30,000.00** | **1,700,000.00** |
| **901 Baldwin Road** | | | |
| **Highland, IL 60035** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **First Bank of Highland Park** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |
| **checking** | | | |
| | | | |
| **Harris Bank** | **735 ILCS 5/12-1001(b)** | **40.00** | **40.00** |
| **checking** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **household goods and furnishings** | **735 ILCS 5/12-1001(b)** | **3,900.00** | **3,900.00** |
| | | | |
| **Wearing Apparel** | | | |
| **wearing apparel** | **735 ILCS 5/12-1001(a)** | **2,500.00** | **2,500.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Merrill Lynch IRA** | **735 ILCS 5/12-704** | **49,521.00** | **49,521.00** |
| | | | |
| **Merrill Lynch IRA** | **735 ILCS 5/12-704** | **8,655.00** | **8,655.00** |
| | | | |
| **Morgan Stanley** | **735 ILCS 5/12-704** | **61,244.00** | **61,244.00** |
| | | | |
| **Yellow Cab Mgt Pension Fund** | **735 ILCS 5/12-704** | **52,010.00** | **52,010.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 GMC** | **735 ILCS 5/12-1001(b)** | **2,400.00** | **14,000.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037   Best Case Bankruptcy

Form B6D
(10/05)

In re  **Jeffrey M Feldman,**                                              Case No. _____
       **Elissa S. Feldman**
_____ ,
                                    Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C §112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **472007-0** <br><br> **Emigrant Mortgage Co.** <br> **5 East 42nd Street** <br> **New York, NY 10017** | | J | **2003 unperfected mortgage for 901 Baldwin** <br> **See above** <br><br><br> Value $        **0.00** | | | X | 1,000,000.00 | 1,000,000.00 |
| Account No. **154 909 71 8355** <br><br> **GMAC** <br> **PO Box 9001952** <br> **Louisville, KY 40290** | | J | **Auto loan for 2006 chevy** <br><br><br><br> Value $        **30,000.00** | | | | 31,900.00 | 1,900.00 |
| Account No. **28-87993228-6** <br><br> **LaSalle Bank, N.A.** <br> **135 N. LaSalle Street** <br> **Chicago, IL 60603** | | J | **2002 mortgage for 901 Baldwin** <br><br><br><br> Value $        **1,700,000.00** | | | | 500,000.00 | 0.00 |
| Account No. <br><br> **Marilyn M. Feldman** <br> **264 Everglad Ave.** <br> **Palm Beach, FL 33480** | | J | **1990 mortgage for 901 Baldwin** <br> **See above for value** <br><br><br> Value $        **0.00** | | | | 250,000.00 | 250,000.00 |

  **1**   continuation sheets attached

|  | Subtotal <br> (Total of this page) | 1,781,900.00 |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re    **Jeffrey M Feldman,**
**Elissa S. Feldman**

Case No. _____

_____,

Debtors

## SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | | |
| Account No. <br><br>**Wells Farg Bank - Auto Finance PO Box 29704 Phoenix, AZ 85038** | | J | **2002 GMC** <br><br><br> Value $            **14,000.00** | | | | **16,000.00** | **2,000.00** |
| Account No. <br><br>**Wells Fargo Bank, NA 100 E. Wiscon Ave. Milwaukee, WI 53202** | | J | **See above Notice only** <br><br><br> Value $                    **0.00** | | | | **0.00** | **0.00** |
| Account No. **72772710949470001** <br><br>**Wells Fargo Servicing Ctr. PO Box 31557 MAC B6955-01B Billings, MT 59102** | | J | **2002 unperfected mortgage See above for value** <br><br><br> Value $                    **0.00** | | | X | **500,000.00** | **500,000.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | **516,000.00** | |
| Total (Report on Summary of Schedules) | **2,297,900.00** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(10/05)

In re   **Jeffrey M Feldman,**                                                    Case No. _____
     **Elissa S. Feldman**

_____,
                        Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.
                                    _____1_____  continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re  **Jeffrey M Feldman,**  Case No. _____
**Elissa S. Feldman,**
_____ ,
Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **3340-4879** | | | | **2005-2006** | | | | | |
| **Illinois Department of Revenue** PO Box 19035 Springfield, IL 62794 | J | | | **retail occupation tax for Bison Enterprises, assessed as personalty** | | | | **104,665.00** | **104,665.00** |
| Account No. | | | | **2005 real estate taxes** | | | | | |
| **Lake County Collector** 18 N. ounty St., Suite 102 Waukegan, IL 60085 | J | | | **1st installment** | | | | **30,106.25** | **30,106.25** |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | **134,771.25** | **134,771.25** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **134,771.25** | **134,771.25** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F
(10/05)

In re  **Jeffrey M Feldman,**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　**Elissa S. Feldman**
_____,
　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

　　　State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

　　　If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐　　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **A-Foreign & Domestic, Inc.** <br> **2924 North Western Avenue** <br> **Chicago, IL 60618** | | J | **Contingent Corporate obligations arising from Bison Enterprises, Inc.** | X | X | | <br><br><br> 7,156.28 |
| Account No. <br><br> **A-I Equipment** <br> **1002 Courtaulds Dr., Unit C** <br> **Woodstock, IL 60098** | | J | **contingent corporate obligations arising from Bison Enterprises** | X | X | | <br><br><br> 1,568.47 |
| Account No. <br><br> **Aflac** <br> **Att: Remittance Processing Services** <br> **1932 Wynnton Road** <br> **Columbus, GA 31999** | | J | **Contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | <br><br><br> 524.80 |
| Account No. <br><br> **Al Jacobson** <br> **4430 N. Mobile** <br> **Chicago, IL 60630** | | J | April 7, 2006 <br> Check #61733 | | | | <br><br><br> 2,181.63 |

___18___  continuation sheets attached

Subtotal
(Total of this page)　　　　11,431.18

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037　　　　　　　　　　　　S/N:33609-060614   Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**           Case No. _____
        **Elissa S. Feldman**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Albert Jacobson** <br> **4430 N. Mobile** <br> **Chicago, IL 60630** | | J | | **April 7 and 21, 2006** <br> **Check #61733** <br> **Check #61764** <br> **wages due** <br> **employee of Bison Enterprises** | X | X | | **4,363.24** |
| Account No. 37150-039945-11008 <br><br> **American Express** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | J | | | | | | **39,918.02** |
| Account No. 3728-232952-91004 <br><br> **American Express** <br> **P.O. Box 650448** <br> **Dallas, TX 75265-0448** | | J | | | | | | **25,208.22** |
| Account No. <br><br> **Autozone** <br> **P.O. Box 6717** <br> **The Lakes, NV 88901-6717** | | J | | **Contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | **136,000.00** |
| Account No. <br><br> **Bek Distributing Co.** <br> **4545 1/2 North Damen Avenue** <br> **Chicago, IL 60625** | | J | | **Contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | **877.99** |

Sheet no. __**1**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **206,367.47**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**
         **Elissa S. Feldman**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **BP P.O. Box 9033 Carlsbad, CA 92008-9033** | | | J | | | X | X | | |
| | | | | | | | | | 2,464.22 |
| Account No. | | | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Camborne, Inc. 3600 East State Street Suite 213 Rockford, IL 61108** | | | J | | | X | X | | |
| | | | | | | | | | 8,303.73 |
| Account No. | | | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Cano Auto Electric Inc. 2723 North Pulaski Chicago, IL 60639** | | | J | | | X | X | | |
| | | | | | | | | | 12,504.19 |
| Account No. | | | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Carquest Addison GPI 679 South Addison Road Addison, IL 60101** | | | J | | | X | X | | |
| | | | | | | | | | 2,047.09 |
| Account No. | | | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Carquest Chicago GPI 2652 West Chicago Avenue Chicago, IL 60622** | | | J | | | X | X | | |
| | | | | | | | | | 11,336.48 |

Sheet no. __**2**___ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

36,655.71

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jeffrey M Feldman,**
      **Elissa S. Feldman**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Carquest Skokie GPI  4911 West Dempster  Skokie, IL 60077 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 6,758.01 |
| Account No.  Carquest Skokie GPI 7  4911 West Dempster  Skokie, IL 60077 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 3,999.31 |
| Account No.  Carr's Honda  6600 North Western Avenue  Chicago, IL 60645 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 413.51 |
| Account No.  ChicaNos Drive Shaft Co.  2519 North Cicero Avenue  Chicago, IL 60639 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 280.00 |
| Account No.  Chuhak & Tecson, P.C.  30 South Wacker Drive  Suite 2600  Chicago, IL 60606 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 7,531.65 |

Sheet no. __3__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,982.48

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**    Case No. _____
**Elissa S. Feldman**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Cintas 21 <br> P.O. Box 5 <br> Bedford Park, IL 60499 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 579.00 |
| Account No. <br><br> Cintas 22 <br> 1025 National Parkway <br> Schaumburg, IL 60173 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 1,348.95 |
| Account No. <br><br> Cintas 344 <br> P.O. Box 7759 <br> Romeoville, IL 60446 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 450.05 |
| Account No. 4147-1110-5295-1416 <br><br> Citi Cards <br> P.O. Box 688911 <br> Des Moines, IA 50368-8911 | | J | | | | | 58,866.73 |
| Account No. <br><br> CJC Auto Parts & Tire <br> 740 East St. Charles Road <br> Lombard, IL 60148 | | J | Contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 2,544.12 |

Sheet no. __4__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    63,788.85

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                                    Case No. _____
         **Elissa S. Feldman**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**Comcast<br>PO Box 827554<br>Philadelphia, PA 19182-7554** | J | | | | contingent corporate obligations arising from Bison Enterprises | X | X | | 286.43 |
| Account No.<br><br>**Commonwealth Edison<br>Bill Payment Center<br>Chicago, IL 60668-0001** | J | | | | contingent corporate obligations arising from Bison Enterprises | X | X | | **Unknown** |
| Account No.<br><br>**Core Vision Group, Inc.<br>PO Box 92170<br>Wheeling, IL 60090** | J | | | | contingent corporate obligations arising from Bison Enterprises | X | X | | **Unknown** |
| Account No.<br><br>**Dental Network of America<br>75 Remittance DR., Suite 1246<br>Chicago, IL 60675-1246** | J | | | | contingent corporate obligations arising from Bison Enterprises | X | X | | 620.70 |
| Account No.<br><br>**Dispatch Automotive Inc.<br>841 S. WEstgate St.<br>Addison, IL 60101** | J | | | | contingent corporate obligations arising from Bison Enterprises | X | X | | 612.10 |

Sheet no. __5___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,519.23

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**
**Elissa S. Feldman**

Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Enterpirse Accts. Receivable 605 S. 25h Ave. Bellwood, IL 60104** | | J | contingent corporate obligations arising from Bison Enterprises | X | X | | 937.51 |
| Account No. **Firestone Tire 3801 Skokie Blvd. Skokie, IL 60077** | | J | contingent corporate obligations arising from Bison Enterprises | X | X | | 173.76 |
| Account No. **Fort Dearborn Life Insurance Co. 36788 Eagle Way Chicago, IL 60678-1367** | | J | contingent corporate obligations arising from Bison Enterprises | X | X | | 509.94 |
| Account No. 2152679-001 **GE Capital PO Box 740425 Atlanta, GA 30374-0425** | | J | contingent corporate obligations arising from Bison Enterprises, Inc. | X | X | | 450,000.00 |
| Account No. 2152686-001 **GE Capital PO Box 740425 Atlanta, GA 30374-0425** | | J | contingent corporate obligations arising from Bison Enterprises, Inc. See above for amount | X | X | | 0.00 |

Sheet no. __6___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

451,621.21

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Jeffrey M Feldman,**
       **Elissa S. Feldman**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2152688-001** <br><br> **GE Capital** <br> **PO Box 740425** <br> **Atlanta, GA 30374-0425** | | J | contingent corporate obligations arising from Bison Enterprises, Inc. See above for amount | | | | **0.00** |
| Account No. **2152690-001** <br><br> **GE Capital** <br> **PO Box 740425** <br> **Atlanta, GA 30374-0425** | | J | contingent corporate obligations arising from Bison Enterprises, Inc. See above for amount | X | X | | **0.00** |
| Account No. <br><br> **Gracie Santos** <br> **4830 W. Addison** <br> **Chicago, IL 60641** | | J | April 21, 2006 Check #61769 wages due employee of Bison Enterprises | X | X | | **668.40** |
| Account No. **029-000-0364420971** <br><br> **Harris Bank, NA** <br> **BLST - P.O. Box 2880** <br> **Chicago, IL 60690** | | J | guarantor of business loan of Bison Enterprises | | | X | **30,075.70** |
| Account No. <br><br> **Harris Equipment** <br> **2010 N. Ruby St.** <br> **Melrose Park, IL 60160** | | J | contingent corporate obligations arising from Bison Enterprises | X | X | | **3,187.66** |

Sheet no. __7__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,931.76**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**
**Elissa S. Feldman**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| Hollywood Services, Inc. 5656 N. Western Ave. Chicago, IL 60659 | | J | | X | X | | |
| | | | | | | | 7,125.11 |
| Account No. | | | April 21, 2006 check #61759 wages due employee of Bison Enterprises | | | | |
| Howard Pascascio 821 South Maple Oak Park, IL 60304 | | J | | X | X | | |
| | | | | | | | 201.03 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| Hunter Engineering Company 1314 Colwyn Dr. Schaumburg, IL 60194 | | J | | | | | |
| | | | | | | | 160.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| Illinois Department of Revenue Attn:  Tire User Fee Springfield, IL 62776-0001 | | J | | X | X | | |
| | | | | | | | 300.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| Interstate Batteries 8056 Central Park Skokie, IL 60076 | | J | | X | X | | |
| | | | | | | | 2,183.37 |

| | | |
|---|---|---|
| Sheet no. __8__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 9,969.51 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                                       Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                                    Case No. _____
         **Elissa S. Feldman**
_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Interstate Batteries**<br>**PO Box 297**<br>**Wood Dale, IL 60191** | | J | **contingent corporate obligations arising from Bison Enterprises**<br>**See Above, Notice Only** | | | | 0.00 |
| Account No.<br><br>**Janco International, Inc.**<br>**PO Box 3050**<br>**Traverse City, MI 49685-3050** | | J | **contingent corporate obligations arising from Bison Enterprises** | X | X | | 342.00 |
| Account No.<br><br>**Jason Santos**<br>**5151 West Addison**<br>**Chicago, IL 60641** | | J | **April 21, 2006**<br>**Check #61769**<br>**wages due**<br>**Employee of Bison Enterprises** | X | X | | 505.26 |
| Account No.<br><br>**Lakin**<br>**General Department #4760**<br>**PO Box 87618**<br>**Chicago, IL 60680** | | J | **contingent corporate obligations arising from Bison Enterprises** | X | X | | 369.00 |
| Account No.<br><br>**Laner Muchin**<br>**515 N. State St., Suite 2800**<br>**Chicago, IL 60610** | | J | **contingent corporate obligations arising from Bison Enterprises** | X | X | | 95.00 |

Sheet no. __9__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,311.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                              Case No. _____
          **Elissa S. Feldman**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| Account No. | | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Laser Service** **875 Lively Boulevard** **Elk Grove Village, IL 60007** | J | | | | | | X | X | | |
| | | | | | | | | | | 134.32 |
| Account No. | | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Lynch Auto Group** **5333 W. Irving Park** **Chicago, IL 60641** | J | | | | | | X | X | | |
| | | | | | | | | | | 4,897.72 |
| Account No. | | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Macke Water Systems** **PO Box 545** **Wheeling, IL 60090** | J | | | | | | X | X | | |
| | | | | | | | | | | 564.30 |
| Account No. | | | | | | personal loan from July 2, 2005 | | | | |
| **Marilyn M. Feldman** **264 Everglad Ave.** **Palm Beach, FL 33480** | H | | | | | | | | | |
| | | | | | | | | | | 75,000.00 |
| Account No. **5200-0100-3006-4360** | | | | | | | | | | |
| **MBNA Amerca** **PO Box 15137** **Wilmington, DE 19886-5137** | J | | | | | | | | | |
| | | | | | | | | | | 60,032.74 |

Sheet no. __10__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

140,629.08

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                          Case No. _____
         **Elissa S. Feldman**

_____,
                                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| McClure & Assc. 1440 Maple Ave, Suite 6B Lisle, IL 60532 | | | J | | | X | X | | |
| | | | | | | | | | 8,093.80 |
| Account No. **1185** | | | | | attorneys' fees for property tax reduction | | | | |
| Mendy Pozin 3149 Dundee Road, Suite 284 Northbrook, IL 60062 | | | J | | | | | | |
| | | | | | | | | | 798.98 |
| Account No. | | | | | guarantor of obligations due Bison II, Inc., Bison III, Inc. and Bison Enterprises, Inc. | | | | |
| Midas International Corp. 1300 Arlington Hts. Road Itasca, IL 60143-1274 | | | J | | | | | X | |
| | | | | | | | | | 1,430,000.00 |
| Account No. | | | | | guarnator of obligations due Bison II, Inc., Bison III, Inc. and Bison Enterprises. | | | | |
| Midas Realty Corporation 1300 Arlington Heights Road Itasca, IL 60143-1274 | | | J | | See above for amount | | | X | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| Midwest Under Parts 4914 W. Belmont Ave. Chicago, IL 60641 | | | J | | | X | X | | |
| | | | | | | | | | 1,044.35 |

Sheet no. __11__ of __18__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)        | 1,439,937.13

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**
        **Elissa S. Feldman**                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Mighty Auto Parts** **360 B Windy Point Drive** **Glendale Heights, IL 60139** | J | | | | | X | X | | 5,360.68 |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Moon Lighting** **1967 1/2 W. Montrose Ave.** **Chicago, IL 60613** | J | | | | | X | X | | 622.49 |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Napa Auto Parts** **401 E. North Ave.** **Villa Park, IL 60181** | J | | | | | X | X | | 11,798.37 |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Napa Genuine Parts** **5959 Collection Center** **Chicago, IL 60693** | J | | | | | X | X | | 1,157.72 |
| Account No. | | | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Nicor Gas** **P.O. Box 416** **Aurora, IL 60568** | J | | | | | X | X | | Unknown |

Sheet no. __12__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    18,939.26

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                              Case No. _____
         **Elissa S. Feldman**

_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **North Shore Towing** **7527 Oakton St.** **Evanston, IL 60202** | | J | | X | X | | |
| | | | | | | | **764.00** |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Northside Imports, Inc.** **3650 W. Pratt** **Lincolnwood, IL 60712** | | J | | X | X | | |
| | | | | | | | **5,895.67** |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Onyx Wast Services Midwest Inc. T3** **8246 Innovation Way** **Chicago, IL 60682-0082** | | J | | X | X | | |
| | | | | | | | **115.92** |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| **Parent Petroleum** **37 W. 370 Route 38** **Saint Charles, IL 60175** | | J | | X | X | | |
| | | | | | | | **12,595.48** |
| Account No. | | | guarantor of obligations due Bison II, Inc., Bison III, Inc. and Bison Enterprises, Inc. | | | | |
| **Parts Warehouse, Inc.** **1300 Arlington Heights Road** **Itasca, IL 60143-1274** | | J | See above for value | | | X | |
| | | | | | | | **0.00** |

Sheet no. __**13**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,371.07**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Jeffrey M Feldman,**
       **Elissa S. Feldman**

Case No. _____

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | attorney for legal services related to business | | | | |
| Patzik, Frank & Samotny LTd. Alan Patzik 150 South WAcker Drive, Suite 9 Chicago, IL 60606 | X | H | | X | | X | 57,172.00 |
| Account No. | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| Peoples Energy Corporation Peoples Energy Chicago, IL 60687 | | J | | X | X | | 2,315.21 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| Pestine, Brianti Gamer Ltd. 666 Dundee Road, Suite 401 Chicago, IL 60602 | | J | | X | X | | 9,120.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises | | | | |
| PR Streich & Sons, Inc. 2333 W. 17th Street Franklin Park, IL 60131 | | J | | X | X | | 1,589.46 |
| Account No. | | | Contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| Praxair Distribution, Inc. Dept. CH10660 Palatine, IL 60055 | | J | | X | X | | 3,734.05 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**73,930.72**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**
        **Elissa S. Feldman**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**R.A. Shavitz Inc.**<br>**Heating & Air Conditioning**<br>**4849 Main St.**<br>**Skokie, IL 60077** | | J | | | **Contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 3,209.20 |
| Account No.<br><br>**R.S. Used Oail Servcies, Inc.**<br>**25903 S. Ridgeland Av.e**<br>**Monee, IL 60449** | | J | | | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 915.00 |
| Account No.<br><br>**Realization Advisors, Inc.**<br>**10 South Riverside Plaza, Suite 180**<br>**Chicago, IL 60606** | | J | | | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 8,711.50 |
| Account No.<br><br>**S & S Automotive**<br>**740 N. Larch Ave.**<br>**Elmhurst, IL 60126** | | J | | | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 878.12 |
| Account No.<br><br>**SBC**<br>**R.H. Donnelly**<br>**PO Box 807008**<br>**Kansas City, MO 64180-7008** | | J | | | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 1,442.71 |

Sheet no. __15__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,156.53

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Jeffrey M Feldman,**   Case No. _____
   **Elissa S. Feldman**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| SBC Ameritech Bill Payment Center Chicago, IL 60663 | J | | | | X | X | | 734.31 |
| Account No. | | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| SBC Long Distance PO Box 660688 Dallas, TX 75266-0688 | J | | | | X | X | | 204.95 |
| Account No. | | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| Schoewe Overhead Door 8110 W. Addison Chicago, IL 60634 | J | | | | X | X | | 630.40 |
| Account No. | | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| Sears & Anderson 245 N. Eric Drive Palatine, IL 60067 | J | | | | X | X | | 34.24 |
| Account No. | | | | April 21, 2006 check #61780 wages due employee of Bison Enprises | | | | |
| Shane Rose 1330 West Norwood Chicago, IL 60660 | J | | | | X | X | | 951.98 |

Sheet no. __**16**__ of __**18**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,555.88**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**                                           Case No. _____
         **Elissa S. Feldman**
_____,
                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Smith Brothers Converters, LLC 13655 S. Kenton Midlothian, IL 60445** | | J | | X | X | | 1,410.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Snap on Credit PO Box 98850 Chicago, IL 60693-8850** | | J | | X | X | | 4,000.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Stone Wheel, Inc. 7675 Quincy Street Willowbrook, IL 60527-5598** | | J | | X | X | | 500.00 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **Tire Exhcange, Inc. 710 Anthony Trail Northbrook, IL 60062** | | J | | X | X | | 333.96 |
| Account No. | | | contingent corporate obligations arising from Bison Enterprises, Inc. | | | | |
| **TMP Worldwide PO Box 90362 Chicago, IL 60696-0362** | | J | | X | X | | 29,864.66 |

Husband, Wife, Joint, or Community

Sheet no. __17__ of __18__ sheets attached to Schedule of                       Subtotal          36,108.62
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re    **Jeffrey M Feldman,**
         **Elissa S. Feldman**                                          Case No. _____

                                                            ,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Valpak of Chicagoland**<br>**12 Salt Creek Lane, Suite 325**<br>**Hinsdale, IL 60521** | | J | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 8,135.00 |
| Account No.<br><br>**Village of Lombard**<br>**255 E. Wilson Avenue**<br>**Lombard, IL 60148-3931** | | J | **contingent corporate obligations arising from Bison Enterprises, Inc.** | | | X | 168.00 |
| Account No.<br><br>**Village of Morton Grove**<br>**Attn: Sophia Y. Hui**<br>**6101 Capulina**<br>**Morton Grove, IL 60053** | | J | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 240.00 |
| Account No.<br><br>**Voice Solutions, Inc.**<br>**3360 B Annapolis LN**<br>**Plymouth, MN 55447** | | J | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 368.00 |
| Account No.<br><br>**Windy City Marketing, Inc.**<br>**1336 W. Grand Ave.**<br>**Chicago, IL 60622** | | J | **contingent corporate obligations arising from Bison Enterprises, Inc.** | X | X | | 3,411.00 |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 12,322.00 |
| Total (Report on Summary of Schedules) | 2,594,528.95 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6G
(10/05)

In re    **Jeffrey M Feldman,**                                    Case No. _____
         **Elissa S. Feldman**

_____ ,
                              Debtors

## SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| **Ishwar and Pado Alimchandani**<br>**380 Brampton Lane**<br>**Lake Forest, IL 60045** | **residential lease for 706 Masters Lane**<br>**Riverwoods, IL**<br>**through April 2008 @ $3,750/month** |

___**0**___  continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6H
(10/05)

In re    **Jeffrey M Feldman,**                                                    Case No. _____
        **Elissa S. Feldman,**

_____,
                                    Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Bison Enterprises, Inc.** | **Patzik, Frank & Samotny LTd.**<br>**Alan Patzik**<br>**150 South WAcker Drive, Suite 9**<br>**Chicago, IL 60606** |

   **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(10/05)

In re **Jeffrey M Feldman**
**Elissa S. Feldman**
_____    Case No. _____
Debtor(s)

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP:<br>**None.** | AGE: |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **executive** | **human resources manager** |
| Name of Employer | | |
| How long employed | **unemployed** | **unemployed** |
| Address of Employer | | |

| INCOME:  (Estimate of average monthly income) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions  (Prorate if not paid monthly.) | | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | |
|     a.  Payroll taxes and social security | | $ 0.00 | $ 0.00 |
|     b.  Insurance | | $ 0.00 | $ 0.00 |
|     c.  Union dues | | $ 0.00 | $ 0.00 |
|     d.  Other (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| 11. Social security or other government assistance (Specify):  **I.D.E.S. (1,400 less 364)** | | $ 0.00 | $ 1,218.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 1,218.00 |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 0.00 | $ 1,218.00 |

16. TOTAL COMBINED MONTHLY INCOME:    $ _____ 1,218.00    (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re    **Jeffrey M Feldman**
      **Elissa S. Feldman**                              Case No. _____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 3,750.00 |
| a. Are real estate taxes included?   Yes ___   No **X** | | |
| b. Is property insurance included?   Yes ___   No **X** | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 100.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 200.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 50.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 1,300.00 |
| d. Auto | $ | 150.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
| a. Auto | $ | 0.00 |
| b. Other   **Auto - GMAC 513/Wells Fargo 414** | $ | 927.00 |
| c. Other | $ | 0.00 |
| d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Thorngate Association Dues** | $ | 100.00 |
| Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 7,527.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Total monthly income from Line 16 of Schedule I | $ | 1,218.00 |
| b.   Total monthly expenses from Line 18 above | $ | 7,527.00 |
| c.   Monthly net income (a. minus b.) | $ | -6,309.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey M Feldman**
        **Elissa S. Feldman** _____    Case No. _____

                                       Debtor(s)    Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___ **35** ___ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 14, 2006** _____      Signature    **/s/ Jeffrey M Feldman** _____

                                            **Jeffrey M Feldman**
                                            Debtor

Date   **July 14, 2006** _____      Signature    **/s/ Elissa S. Feldman** _____

                                            **Elissa S. Feldman**
                                            Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey M Feldman**
**Elissa S. Feldman**
_____
                                      Debtor(s)

Case No. _____

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$44,373.00** | **2004** |
| **$27,941.00** | **2005** |

### 2. Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$213,000.00** | **IRA distribution 2005** |

2

| AMOUNT | SOURCE |
|---|---|
| **$6,800.00** | **rental income 2005** |
| **$1,546.00** | **witness fees 2004** |

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Ishwar and Pado Alimchandani**<br>**380 Brampton Lane**<br>**Lake Forest, IL 60045** | **6/05/06**<br>**7/07/06** | **$7,500.00** | **$0.00** |
| **Bloomingdale Visa**<br>**PO Box 8097**<br>**Mason, OH 45040** | **4/17/06**<br>**5/19/06**<br>**6/13/06** | **$8,974.95** | **$0.00** |
| **MetLife**<br>**700 Quaker Lane**<br>**Warwick, RI 02886** | | **$6,458.00** | **$0.00** |

None ☐

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Marilyn M. Feldman**<br>**264 Everglad Ave.**<br>**Palm Beach, FL 33480**<br>    **mother** | **6/26/06** | **$9,500.00** | **$450,000.00** |
| **Jonathan Feldman**<br><br>    **son** | **7/21/05**<br>**3/06/06** | **$1,775.46** | **$0.00** |
| **Ryan Feldman**<br><br>    **son** | **5/08/06** | **$1,000.00** | **$0.00** |
| **Pestine, Brianti Gamer Ltd.**<br>**666 Dundee Road, Suite 401**<br>**Chicago, IL 60602**<br>    **accountant** | **July 12, 2006** | **$1,760.00** | **$9,120.00** |

3

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Patzik, Frank & Samotny 03 L 5491** | **breach of contract malpractice** | **Cook County** | **pending** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Midas International Corporation 1300 Arlington Heights Road Itasca, IL 60143** | **4/21/06 de-identification and turnover** | **assets held by Bison Enterprises, Inc., Bison III, Inc., Bison III, Inc.** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Querrey & Harrow**<br>**175 W. Jackson Boulevard, Suite 160**<br>**Chicago, IL 60604** | **July 2006** | **$4,999.00** |
| **Chuhak & Tecson PC**<br>**30 S. Wacker, 26th Floor**<br>**Chicago, IL 60606** | **July 12, 2006** | **$3,000.00** |
| **Money Management International** | **June 2006** | **$100.00** |

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Margarate Y. Lai**<br>**23260 N. Hotz Road**<br>**Lincolnshire, IL 60069**<br>  **aunt through marriage** | **5/23/06** | **condominium**<br>**1700 2nd St., Unit 503A**<br>**Highland Park, IL 60035**<br>**$325,000.00** |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **706 Masters Lane**<br>**Riverwoods, IL** | | **May 15, 2006 to June 1, 2006** |
| **901 Baldwin Road**<br>**Highland Park, IL** | | **1991 to present except above** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

None  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be
■     or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
      the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■     Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■     the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
      docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
☐     ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
      partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
      immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
      within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Bison Enterprises, Inc.** | **36-4420971** | **901 Baldwin Highland Park, IL 60035** | | **12/19/00-2006** |
| **Bison II, Inc.** | **06-1643586** | **901 Baldwin Highland Park, IL 60035** | | **8/02 - 2006** |
| **Bison III, Inc.** | **06-1643585** | **901 Baldwin Highland Park, IL 60035** | | **8/02 - 2006** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

**19. Books, records and financial statements**

None ■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS        DATES SERVICES RENDERED

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME        ADDRESS        DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME        ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS        DATE ISSUED

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **July 14, 2006**                     Signature   **/s/ Jeffrey M Feldman**

                                                          **Jeffrey M Feldman**
                                                          Debtor

Date   **July 14, 2006**                     Signature   **/s/ Elissa S. Feldman**

                                                          **Elissa S. Feldman**
                                                          Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### Northern District of Illinois

In re **Jeffrey M Feldman**
**Elissa S. Feldman**
_____    Case No. _____
                                            Debtor(s)    Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **2002 mortgage for 901 Baldwin** | **LaSalle Bank, N.A.** | X | | | |
| **Auto loan for 2006 chevy** | **GMAC** | | | | X |
| **2002 GMC** | **Wells Farg Bank - Auto Finance** | | | | X |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **July 14, 2006** _____    Signature   **/s/ Jeffrey M Feldman** _____
                                            **Jeffrey M Feldman**
                                            Debtor

Date   **July 14, 2006** _____    Signature   **/s/ Elissa S. Feldman** _____
                                            **Elissa S. Feldman**
                                            Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Jeffrey M Feldman**
**Elissa S. Feldman**
_____

Case No. _____

Debtor(s)

Chapter  **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.......................................................... $ _____ **0.00**

   Prior to the filing of this statement I have received................................................ $ _____ **0.00**

   Balance Due............................................................................................... $ _____ **0.00**

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 14, 2006** _____

**/s/ Robert R. Benjamin** _____
**Robert R. Benjamin 0170429**
**Querrey & Harrow, Ltd.**
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000  Fax: (312)540-0578**
**rbenjamin@querrey.com**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

**Certificate of Attorney**

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | |
|---|---|
| Robert R. Benjamin 0170429 | X /s/ Robert R. Benjamin          July 14, 2006 |
| Printed Name of Attorney | Signature of Attorney          Date |

Address:
**175 W. Jackson Boulevard, Suite 1600**
**Chicago, IL 60604**
**(312)540-7000**

**Certificate of Debtor**

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | |
|---|---|
| **Jeffrey M Feldman** | X /s/ Jeffrey M Feldman          July 14, 2006 |
| **Elissa S. Feldman** | |
| Printed Name of Debtor | Signature of Debtor          Date |
| Case No. (if known) | X /s/ Elissa S. Feldman          July 14, 2006 |
| | Signature of Joint Debtor (if any)          Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Jeffrey M Feldman**
     **Elissa S. Feldman**
                            Debtor(s)
     Case No. _____
     Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **105**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **July 14, 2006** _____      **/s/ Jeffrey M Feldman** _____
                                            **Jeffrey M Feldman**
                                            Signature of Debtor

Date:   **July 14, 2006** _____      **/s/ Elissa S. Feldman** _____
                                            **Elissa S. Feldman**
                                            Signature of Debtor

A-Foreign & Domestic, Inc.
2924 North Western Avenue
Chicago, IL 60618


A-I Equipment
1002 Courtaulds Dr., Unit C
Woodstock, IL 60098


Aflac
Att: Remittance Processing Services
1932 Wynnton Road
Columbus, GA 31999


Al Jacobson
4430 N. Mobile
Chicago, IL 60630


Albert Jacobson
4430 N. Mobile
Chicago, IL 60630


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


American Express
P.O. Box 650448
Dallas, TX 75265-0448


Autozone
P.O. Box 6717
The Lakes, NV 88901-6717


Bek Distributing Co.
4545 1/2 North Damen Avenue
Chicago, IL 60625


Bison Enterprises, Inc.


BP
P.O. Box 9033
Carlsbad, CA 92008-9033

Camborne, Inc.
3600 East State Street
Suite 213
Rockford, IL 61108


Cano Auto Electric Inc.
2723 North Pulaski
Chicago, IL 60639


Carquest Addison GPI
679 South Addison Road
Addison, IL 60101


Carquest Chicago GPI
2652 West Chicago Avenue
Chicago, IL 60622


Carquest Skokie GPI
4911 West Dempster
Skokie, IL 60077


Carquest Skokie GPI 7
4911 West Dempster
Skokie, IL 60077


Carr's Honda
6600 North Western Avenue
Chicago, IL 60645


ChicaNos Drive Shaft Co.
2519 North Cicero Avenue
Chicago, IL 60639


Chuhak & Tecson, P.C.
30 South Wacker Drive
Suite 2600
Chicago, IL 60606


Cintas 21
P.O. Box 5
Bedford Park, IL 60499


Cintas 22
1025 National Parkway
Schaumburg, IL 60173

Cintas 344
P.O. Box 7759
Romeoville, IL 60446

Citi Cards
P.O. Box 688911
Des Moines, IA 50368-8911

CJC Auto Parts & Tire
740 East St. Charles Road
Lombard, IL 60148

Comcast
PO Box 827554
Philadelphia, PA 19182-7554

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001

Core Vision Group, Inc.
PO Box 92170
Wheeling, IL 60090

Dental Network of America
75 Remittance DR., Suite 1246
Chicago, IL 60675-1246

Dispatch Automotive Inc.
841 S. WEstgate St.
Addison, IL 60101

Emigrant Mortgage Co.
5 East 42nd Street
New York, NY 10017

Enterpirse
Accts. Receivable
605 S. 25h Ave.
Bellwood, IL 60104

Firestone Tire
3801 Skokie Blvd.
Skokie, IL 60077

Fort Dearborn Life Insurance Co.
36788 Eagle Way
Chicago, IL 60678-1367

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GE Capital
PO Box 740425
Atlanta, GA 30374-0425

GMAC
PO Box 9001952
Louisville, KY 40290

Gracie Santos
4830 W. Addison
Chicago, IL 60641

Harris Bank, NA
BLST - P.O. Box 2880
Chicago, IL 60690

Harris Equipment
2010 N. Ruby St.
Melrose Park, IL 60160

Hollywood Services, Inc.
5656 N. Western Ave.
Chicago, IL 60659

Howard Pascascio
821 South Maple
Oak Park, IL 60304

Hunter Engineering Company
1314 Colwyn Dr.
Schaumburg, IL 60194


Illinois Department of Revenue
PO Box 19035
Springfield, IL 62794


Illinois Department of Revenue
Attn: Tire User Fee
Springfield, IL 62776-0001


Interstate Batteries
8056 Central Park
Skokie, IL 60076


Interstate Batteries
PO Box 297
Wood Dale, IL 60191


Ishwar and Pado Alimchandani
380 Brampton Lane
Lake Forest, IL 60045


Janco International, Inc.
PO Box 3050
Traverse City, MI 49685-3050


Jason Santos
5151 West Addison
Chicago, IL 60641


Lake County Collector
18 N. ounty St., Suite 102
Waukegan, IL 60085


Lakin
General Department #4760
PO Box 87618
Chicago, IL 60680


Laner Muchin
515 N. State St., Suite 2800
Chicago, IL 60610

LaSalle Bank, N.A.
135 N. LaSalle Street
Chicago, IL 60603

Laser Service
875 Lively Boulevard
Elk Grove Village, IL 60007

Lynch Auto Group
5333 W. Iriving Park
Chicago, IL 60641

Macke Water Systems
PO Box 545
Wheeling, IL 60090

Marilyn M. Feldman
264 Everglad Ave.
Palm Beach, FL 33480

Marilyn M. Feldman
264 Everglad Ave.
Palm Beach, FL 33480

MBNA Amerca
PO Box 15137
Wilmington, DE 19886-5137

McClure & Assc.
1440 Maple Ave, Suite 6B
Lisle, IL 60532

Mendy Pozin
3149 Dundee Road, Suite 284
Northbrook, IL 60062

Midas International Corp.
1300 Arlington Hts. Road
Itasca, IL 60143-1274

Midas Realty Corporation
1300 Arlington Heights Road
Itasca, IL 60143-1274

Midwest Under Parts
4914 W. Belmont Ave.
Chicago, IL 60641

Mighty Auto Parts
360 B Windy Point Drive
Glendale Heights, IL 60139

Moon Lighting
1967 1/2 W. Montrose Ave.
Chicago, IL 60613

Napa Auto Parts
401 E. North Ave.
Villa Park, IL 60181

Napa Genuine Parts
5959 Collection Center
Chicago, IL 60693

Nicor Gas
P.O. Box 416
Aurora, IL 60568

North Shore Towing
7527 Oakton St.
Evanston, IL 60202

Northside Imports, Inc.
3650 W. Pratt
Lincolnwood, IL 60712

Onyx Wast Services Midwest Inc. T3
8246 Innovation Way
Chicago, IL 60682-0082

Parent Petroleum
37 W. 370 Route 38
Saint Charles, IL 60175

Parts Warehouse, Inc.
1300 Arlington Heights Road
Itasca, IL 60143-1274

Patzik, Frank & Samotny LTd.
Alan Patzik
150 South WAcker Drive, Suite 9
Chicago, IL 60606


Peoples Energy Corporation
Peoples Energy
Chicago, IL 60687


Pestine, Brianti Gamer Ltd.
666 Dundee Road, Suite 401
Chicago, IL 60602


PR Streich & Sons, Inc.
2333 W. 17th Street
Franklin Park, IL 60131


Praxair Distribution, Inc.
Dept. CH10660
Palatine, IL 60055


R.A. Shavitz Inc.
Heating & Air Conditioning
4849 Main St.
Skokie, IL 60077


R.S. Used Oail Servcies, Inc.
25903 S. Ridgeland Av.e
Monee, IL 60449


Realization Advisors, Inc.
10 South Riverside Plaza, Suite 180
Chicago, IL 60606


S & S Automotive
740 N. Larch Ave.
Elmhurst, IL 60126


SBC
R.H. Donnelly
PO Box 807008
Kansas City, MO 64180-7008

SBC Ameritech
Bill Payment Center
Chicago, IL 60663


SBC Long Distance
PO Box 660688
Dallas, TX 75266-0688


Schoewe Overhead Door
8110 W. Addison
Chicago, IL 60634


Sears & Anderson
245 N. Eric Drive
Palatine, IL 60067


Shane Rose
1330 West Norwood
Chicago, IL 60660


Smith Brothers Converters, LLC
13655 S. Kenton
Midlothian, IL 60445


Snap on Credit
PO Box 98850
Chicago, IL 60693-8850


Stone Wheel, Inc.
7675 Quincy Street
Willowbrook, IL 60527-5598


Tire Exhcange, Inc.
710 Anthony Trail
Northbrook, IL 60062


TMP Worldwide
PO Box 90362
Chicago, IL 60696-0362


Valpak of Chicagoland
12 Salt Creek Lane, Suite 325
Hinsdale, IL 60521

```
Village of Lombard
255 E. Wilson Avenue
Lombard, IL 60148-3931


Village of Morton Grove
Attn: Sophia Y. Hui
6101 Capulina
Morton Grove, IL 60053


Voice Solutions, Inc.
3360 B Annapolis LN
Plymouth, MN 55447


Wells Farg Bank - Auto Finance
PO Box 29704
Phoenix, AZ 85038


Wells Fargo Bank, NA
100 E. Wiscon Ave.
Milwaukee, WI 53202


Wells Fargo Servicing Ctr.
PO Box 31557
MAC B6955-01B
Billings, MT 59102


Windy City Marketing, Inc.
1336 W. Grand Ave.
Chicago, IL 60622
```