## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: FELDMAN, JEFFREY M | § Case No. 06-08403 |
| FELDMAN, ELISSA S. | § |
| | § |
| Debtor(s) FELDMAN, LISA | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on July 14, 2006. The undersigned trustee was appointed on July 14, 2006.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $   1,081,117.42

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 7,140.61 |
   | Payments to creditors | 997,656.90 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $   76,319.91 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 02/05/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009)

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $55,683.52. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,624.00, for a total compensation of $10,624.00. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $1,904.32 and now requests reimbursement for expenses of $0.00, for total expenses of $1,904.32.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/26/2010            By:/s/JOHN E. GIERUM
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 06-08403  
Case Name: FELDMAN, JEFFREY M  
FELDMAN, ELISSA S.  
Period Ending: 04/26/10

Trustee: (520171) JOHN E. GIERUM  
Filed (f) or Converted (c): 07/14/06 (f)  
§341(a) Meeting Date: 08/24/06  
Claims Bar Date: 02/05/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate (s) | 1,700,000.00 | 920,000.00 | | 983,026.37 | FA |
| 2 | First of H.P. checking (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris checking (s) | 40.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security deposit (s) | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods (s) | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 90,000.00 | 90,000.00 | | 80,000.00 | FA |
| 8 | Two term life insurance policies (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Merill Lynch IRA (s) | 49,521.00 | 0.00 | DA | 0.00 | FA |
| 10 | Merrill Lynch IRA (s) | 8,655.00 | 0.00 | DA | 0.00 | FA |
| 11 | Morgan Stanley (s) | 61,244.00 | 0.00 | DA | 0.00 | FA |
| 12 | Yellow Cab pension (s) | 52,010.00 | 0.00 | DA | 0.00 | FA |
| 13 | Three stock interests Bison (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2002 GMC (s) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Chevrolet (s) | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Office equipment (s) | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | Lawsuit counterclaim (s) | 250,000.00 | Unknown | | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15,591.05 | Unknown |
| 18 | Assets   Totals (Excluding unknown values) | $2,266,120.00 | $1,010,000.00 | | $1,081,117.42 | $0.00 |

Major Activities Affecting Case Closing:

completed real estate proceeds litigation and finishing final report

Initial Projected Date Of Final Report (TFR):   December 31, 2008      Current Projected Date Of Final Report (TFR):   December 31, 2010

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FELDMAN, ELISSA S. | | Account: | \*\*\*-\*\*\*\*\*35-19 - Time Deposit Account |
| Taxpayer ID #: | \*\*-\*\*\*\*5720 | | Blanket Bond: | $70,912,000.00  (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/07 | | FUNDING ACCOUNT: \*\*\*\*\*\*\*\*3565 | | 9999-000 | 983,026.37 | | 983,026.37 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 3,215.78 | | 986,242.15 |
| 02/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 3,410.38 | | 989,652.53 |
| 05/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2700% | 1270-000 | 3,103.91 | | 992,756.44 |
| 08/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6800% | 1270-000 | 1,665.95 | | 994,422.39 |
| 11/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6800% | 1270-000 | 1,668.74 | | 996,091.13 |
| 02/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4300% | 1270-000 | 1,068.43 | | 997,159.56 |
| 05/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 497.34 | | 997,656.90 |
| 06/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 164.01 | | 997,820.91 |
| 07/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 120.29 | | 997,941.20 |
| 07/02/09 | | Transfer of funds to DDA | Transfer of Funds to close TDA | 9999-000 | | 997,941.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 997,941.20 | 997,941.20 | $0.00 |
| | | | Less: Bank Transfers | | 983,026.37 | 997,941.20 | |
| | | | Subtotal | | 14,914.83 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14,914.83 | $0.00 | |

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FELDMAN, ELISSA S. | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***5720 | | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/20/07 | {7} | Elissa S. Feldman | SALE PROCEEDS | 1129-000 | 80,000.00 | | 80,000.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.96 | | 80,009.96 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 42.72 | | 80,052.68 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.17 | | 80,096.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.19 | | 80,141.04 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.36 | | 80,182.40 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.67 | | 80,228.07 |
| 08/01/07 | 1001 | City of Highland Park | Utility Billing Account No. 011192 | 2420-000 | | 747.43 | 79,480.64 |
| 08/01/07 | 1002 | ComEd | Account No. 2738592000 | 2420-000 | | 915.07 | 78,565.57 |
| 08/01/07 | 1003 | North Shore Gas | Account No. 1 5000 4709 0759 | 2420-000 | | 1,047.79 | 77,517.78 |
| 08/10/07 | {1} | Marquis Title Company | SALE PROCEEDS | 1110-000 | 983,026.37 | | 1,060,544.15 |
| 08/10/07 | | | Gross sale proceeds       1,125,000.00 | 1110-000 | | | 1,060,544.15 |
| 08/10/07 | | | Earnest money credit per contract -34,218.60 | 2500-000 | | | 1,060,544.15 |
| 08/10/07 | | | Realtor fee       -28,125.00 | 3510-000 | | | 1,060,544.15 |
| 08/10/07 | | | Water Damage remediation       -12,480.17 | 2420-000 | | | 1,060,544.15 |
| 08/10/07 | | | Property taxes pre-petition       -36,384.27 | 4700-000 | | | 1,060,544.15 |
| 08/10/07 | | | Property taxes post-petition       -23,798.40 | 2820-000 | | | 1,060,544.15 |
| 08/10/07 | | | Costs to sell       -6,967.23 | 2500-000 | | | 1,060,544.15 |
| 08/16/07 | | ACCOUNT FUNDED: ********3519 | | 9999-000 | | 983,026.37 | 77,517.78 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 95.54 | | 77,613.32 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.68 | | 77,652.00 |
| 10/29/07 | | To Account #********3566 | TRANSFER OF FUNDS | 9999-000 | | 2,526.00 | 75,126.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.47 | | 75,171.47 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 39.11 | | 75,210.58 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 38.30 | | 75,248.88 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 34.40 | | 75,283.28 |
| 02/05/08 | | To Account #********3566 | BOND REIMBURSEMENT | 9999-000 | | 911.34 | 74,371.94 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 15.29 | | 74,387.23 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.81 | | 74,401.04 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.37 | | 74,411.41 |
| 05/09/08 | {17} | Travelers | SETTLEMENT PROCEEDS | 1149-000 | 2,500.00 | | 76,911.41 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.50 | | 76,920.91 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.77 | | 76,930.68 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.77 | | 76,940.45 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.14 | | 76,949.59 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.09 | | 76,959.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 8.39 | | 76,968.07 |

Subtotals :       $1,066,142.07       $989,174.00

{} Asset reference(s)

Printed: 04/26/2010 04:22 PM    V.12.08

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FELDMAN, ELISSA S. | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***5720 | | Blanket Bond: | $70,912,000.00  (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.05 | | 76,974.12 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.45 | | 76,979.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.14 | | 76,982.71 |
| 02/19/09 | | To Account #********3566 | BOND REIMBURSEMENT | 9999-000 | | 933.56 | 76,049.15 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 76,052.07 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 76,055.37 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,058.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 76,061.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.31 | | 76,064.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,067.97 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,071.17 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,074.27 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,077.37 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,080.57 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,083.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.00 | | 76,086.77 |
| 02/12/10 | | To Account #********3566 | TRANSFER OF FUNDS | 9999-000 | | 59.42 | 76,027.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.89 | | 76,030.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.41 | | 76,033.65 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.96 | | 76,035.61 |
| 04/20/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -76,035.61 | | 0.00 |

| | | ACCOUNT TOTALS | 990,166.98 | 990,166.98 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | -76,035.61 | 987,456.69 | |
| | | Subtotal | 1,066,202.59 | 2,710.29 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $1,066,202.59 | $2,710.29 | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FELDMAN, ELISSA S. | | Account: | ***-*****35-66 - Checking Account |
| Taxpayer ID #: | **-****5720 | | Blanket Bond: | $70,912,000.00  (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/29/07 | | From Account #********3565 | TRANSFER OF FUNDS | 9999-000 | 2,526.00 | | 2,526.00 |
| 10/29/07 | 101 | Gierum & Mantas | TRUSTEE'S ATTORNEYS' FEES | 3110-000 | | 2,526.00 | 0.00 |
| 02/05/08 | | From Account #********3565 | BOND REIMBURSEMENT | 9999-000 | 911.34 | | 911.34 |
| 02/05/08 | 102 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-08403, Bond Reimbursement (Bond #016026455) | 2200-000 | | 911.34 | 0.00 |
| 02/19/09 | | From Account #********3565 | BOND REIMBURSEMENT | 9999-000 | 933.56 | | 933.56 |
| 02/19/09 | 103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-08403, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 933.56 | 0.00 |
| 07/02/09 | | Transfer of funds from TDA | Transfer of funds to close TDA | 9999-000 | 997,941.20 | | 997,941.20 |
| 07/07/09 | 104 | Bank of America | SETTLEMENT | 4110-000 | | 445,000.00 | 552,941.20 |
| 07/07/09 | 105 | Emigrant Mortgage Company, Inc. | SETTLEMENT | 4110-000 | | 420,000.00 | 132,941.20 |
| 07/07/09 | 106 | John E. Gierum, Trustee | SETTLEMENT | 4110-000 | | 50,000.00 | 82,941.20 |
| 07/07/09 | 107 | Marilyn M. Feldman | SETTLEMENT | 4110-000 | | 82,656.90 | 284.30 |
| 02/12/10 | | From Account #********3565 | TRANSFER OF FUNDS | 9999-000 | 59.42 | | 343.72 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-08403 | 2200-000 | | 59.42 | 284.30 |
| 04/20/10 | | Wire out to BNYM account 9200******3566 | Wire out to BNYM account 9200******3566 | 9999-000 | -284.30 | | 0.00 |

|   |   |   |   |   |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 1,002,087.22 | 1,002,087.22 | $0.00 |
| | Less: Bank Transfers | | 1,002,087.22 | 0.00 | |
| | Subtotal | | 0.00 | 1,002,087.22 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $0.00 | $1,002,087.22 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | The Bank of New York Mellon |
| | FELDMAN, ELISSA S. | | Account: | 9200-******35-65 - Money Market Account |
| Taxpayer ID #: | **-***5720 | | Blanket Bond: | $70,912,000.00 (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 76,035.61 | | 76,035.61 |
| | | | ACCOUNT TOTALS | | 76,035.61 | 0.00 | $76,035.61 |
| | | | Less: Bank Transfers | | 76,035.61 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 04/26/2010 04:22 PM    V.12.08

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | The Bank of New York Mellon |
| | FELDMAN, ELISSA S. | | Account: | 9200-******35-66 - Checking Account |
| Taxpayer ID #: | **-***5720 | | Blanket Bond: | $70,912,000.00  (per case limit) |
| Period Ending: | 04/26/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3566 | Wire in from JPMorgan Chase Bank, N.A. account ********3566 | 9999-000 | 284.30 | | 284.30 |
| | | | ACCOUNT TOTALS | | 284.30 | 0.00 | $284.30 |
| | | | Less: Bank Transfers | | 284.30 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****35-19 | 14,914.83 | 0.00 | 0.00 |
| MMA # ***-*****35-65 | 1,066,202.59 | 2,710.29 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 1,002,087.22 | 0.00 |
| MMA # 9200-******35-65 | 0.00 | 0.00 | 76,035.61 |
| Checking # 9200-******35-66 | 0.00 | 0.00 | 284.30 |
| | $1,081,117.42 | $1,004,797.51 | $76,319.91 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-08403
Case Name: FELDMAN, JEFFREY M
Trustee Name: JOHN E. GIERUM

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 10,624.00 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West, Popowcer Katten, Ltd. | $ 1,376.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

UST Form 101-7-TFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $114,340.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 9P-3 | Illinois Department of Revenue | $ 114,340.00 | $ 64,319.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,454,295.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Snap-on Credit LLC | $ 4,153.15 | $ 0.00 |
| 3 | Midas Realty Corp. | $ 71,078.17 | $ 0.00 |
| 4 | Midas Properties, Inc. | $ 13,188.67 | $ 0.00 |
| 5 | Midas International | $ 550,337.77 | $ 0.00 |
| 6 | Midas International | $ 1,537,535.82 | $ 0.00 |
| 8 | PR Streich & Sons, Inc. | $ 1,589.46 | $ 0.00 |
| 9U-3 | Illinois Department of Revenue | $ 44.00 | $ 0.00 |
| 10 | FagelHaber LLC | $ 4,318.04 | $ 0.00 |
| 11 | Interstate Batteries | $ 378.92 | $ 0.00 |
| 12 | Napa Auto Parts | $ 13,637.17 | $ 0.00 |
| 13 | Macke Water Systems | $ 5,907.57 | $ 0.00 |
| 14 | Parent Petroleum | $ 12,517.98 | $ 0.00 |
| 16 | Patzik, Frank & Samotny LTd. | $ 58,883.00 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 17 | Harris NA | $ 25,559.69 | $ 0.00 |
| 18 | American Express Bank FSB | $ 15,794.17 | $ 0.00 |
| 19 | Advanta Bank Corp | $ 25,820.82 | $ 0.00 |
| 20 | American Express Travel Related Services Co, Inc | $ 26,073.02 | $ 0.00 |
| 21 | American Express Travel Related Svcs Co | $ 45,699.86 | $ 0.00 |
| 22 | American Express Centurion Bank | $ 41,778.60 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                             Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**