# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: FELDMAN, JEFFREY M § | Case No. 06-08403 |
| FELDMAN, ELISSA S. § | |
| § | |
| Debtor(s) FELDMAN, LISA § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 07/23/2010 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 06/02/2010            By: /s/JOHN E. GIERUM
                                                                                Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FELDMAN, JEFFREY M § Case No. 06-08403
      FELDMAN, ELISSA S. §
       §
Debtor(s) FELDMAN, LISA §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*      $    1,081,123.54

*and approved disbursements of*      $    1,004,797.51

*leaving a balance on hand of* [1]      $      76,326.03

Claims of secured creditors will be paid as follows:

*Claimant*      *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | JOHN E. GIERUM | $ 10,624.00 | $ |
| Attorney for trustee | | $ | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Lois West, Popowcer Katten, Ltd. | $ 1,376.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*      *Fees*      *Expenses*

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $114,340.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 9P-3 | Illinois Department of Revenue | $ 114,340.00 | $ 64,319.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,454,295.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Snap-on Credit LLC | $ 4,153.15 | $ 0.00 |
| 3 | Midas Realty Corp. | $ 71,078.17 | $ 0.00 |
| 4 | Midas Properties, Inc. | $ 13,188.67 | $ 0.00 |
| 5 | Midas International | $ 550,337.77 | $ 0.00 |
| 6 | Midas International | $ 1,537,535.82 | $ 0.00 |
| 8 | PR Streich & Sons, Inc. | $ 1,589.46 | $ 0.00 |
| 9U-3 | Illinois Department of Revenue | $ 44.00 | $ 0.00 |
| 10 | FagelHaber LLC | $ 4,318.04 | $ 0.00 |
| 11 | Interstate Batteries | $ 378.92 | $ 0.00 |
| 12 | Napa Auto Parts | $ 13,637.17 | $ 0.00 |
| 13 | Macke Water Systems | $ 5,907.57 | $ 0.00 |
| 14 | Parent Petroleum | $ 12,517.98 | $ 0.00 |
| 16 | Patzik, Frank & Samotny LTd. | $ 58,883.00 | $ 0.00 |

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| 17 | Harris NA | $ 25,559.69 | $ 0.00 |
| 18 | American Express Bank FSB | $ 15,794.17 | $ 0.00 |
| 19 | Advanta Bank Corp | $ 25,820.82 | $ 0.00 |
| 20 | American Express Travel Related Services Co, Inc | $ 26,073.02 | $ 0.00 |
| 21 | American Express Travel Related Svcs Co | $ 45,699.86 | $ 0.00 |
| 22 | American Express Centurion Bank | $ 41,778.60 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant                       Allowed Amt. of Claim   Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                       Allowed Amt. of Claim   Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: vwalker                Page 1 of 3                   Date Rcvd: Jun 08, 2010
Case: 06-08403                 Form ID: pdf006              Total Noticed: 124


The following entities were noticed by first class mail on Jun 10, 2010.
db/jdb        +Jeffrey M Feldman,    Elissa S. Feldman,    706 Masters Lane,    Riverwoods, IL 60015-5703
aty           +Cary S Fleischer,    Chuhak & Tecson PC,    30 S Wacker Drive Suite 2600,    Chicago, IL 60606-7512
aty           +Robert R Benjamin,    Querrey & Harrow, Ltd.,    175 West Jackson Boulevard,    Suite 1600,
                Chicago, IL 60604-2686
tr            +John E Gierum,    John E Gierum,    Gierum & Mantas,    9700 Higgins Road,    Suite 1015,
                Rosemont, IL 60018-4712
10820947      +A-Foreign & Domestic, Inc.,    2924 North Western Avenue,    Chicago, IL 60618-8021
10820948      +A-I Equipment,    1002 Courtaulds Dr., Unit C,    Woodstock, IL 60098-7303
11142300     ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
              (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701)
10820949      +Aflac,    Att: Remittance Processing Services,    1932 Wynnton Road,    Columbus, GA 31999-0001
10820950      +Al Jacobson,    4430 N. Mobile,    Chicago, IL 60630-3020
10820951      +Albert Jacobson,    4430 N. Mobile,    Chicago, IL 60630-3020
10820952       American Express,    PO Box 360002,    Ft. Lauderdale, FL 33336-0002
10883616       American Express,    c/o NCO Financial Systems Inc,    P O Box 15773,    Wilmington, DE 19850-5773
10820953       American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
11142298       American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11143293       American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11142308       American Express Travel Related Services Co, Inc,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11143281       American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
                Malvern PA 19355-0701
11004864      +Austin & Dempster Currency Exchange,    c/o Mages & Price Attorneys,    707 Lake Cook Road,
                Deerfield, IL 60015-5613
10820954       Autozone,    P.O. Box 6717,    The Lakes, NV 88901-6717
10820957      +BP,    P.O. Box 9033,    Carlsbad, CA 92018-9033
10820955       Bek Distributing Co.,    4545 1/2 North Damen Avenue,    Chicago, IL 60625
10820971      +CJC Auto Parts & Tire,    740 East St. Charles Road,    Lombard, IL 60148-2094
10820958      +Camborne, Inc.,    3600 East State Street,    Suite 213,    Rockford, IL 61108-1956
10820959      +Cano Auto Electric Inc.,    2723 North Pulaski,    Chicago, IL 60639-2119
10820960      +Carquest Addison GPI,    679 South Addison Road,    Addison, IL 60101-4648
10820961      +Carquest Chicago GPI,    2652 West Chicago Avenue,    Chicago, IL 60622-4518
10820962      +Carquest Skokie GPI,    4911 West Dempster,    Skokie, IL 60077-2256
10820963      +Carquest Skokie GPI 7,    4911 West Dempster,    Skokie, IL 60077-2256
10820964      +Carr's Honda,    6600 North Western Avenue,    Chicago, IL 60645-5091
10820965      +ChicaNos Drive Shaft Co.,    2519 North Cicero Avenue,    Chicago, IL 60639-2514
11004865       Chubb Group of Insurance Companies,    P O Box 7247-0180,    Philadelphia, PA 19170-0180
10820966      +Chuhak & Tecson, P.C.,    30 South Wacker Drive,    Suite 2600,    Chicago, IL 60606-7512
10820967      +Cintas 21,    P.O. Box 5,    Bedford Park, IL 60499-0005
10820968      +Cintas 22,    1025 National Parkway,    Schaumburg, IL 60173-5620
10820969      +Cintas 344,    P.O. Box 7759,    Romeoville, IL 60446-0759
10820970       Citi Cards,    P.O. Box 688911,    Des Moines, IA 50368-8911
10820972       Comcast,    PO Box 827554,    Philadelphia, PA 19182-7554
10820974       Core Vision Group, Inc.,    PO Box 92170,    Wheeling, IL 60090
10820975       Dental Network of America,    75 Remittance DR., Suite 1246,    Chicago, IL 60675-1246
10820976      +Dispatch Automotive Inc.,    841 S. WEstgate St.,    Addison, IL 60101-5025
10820977      +Emigrant Mortgage Co.,    5 East 42nd Street,    New York, NY 10017-6904
11159857      +Emigrant Mortgage Company, Inc.,    c/o Codilis & Associates, P.C.,    15W030 North Frontage Road,
                Suite 100,    Burr Ridge, IL 60527-6921
10820978      +Enterpirse,    Accts. Receivable,    605 S. 25h Ave.,    Bellwood, IL 60104-1907
11004866     +++FagelHaber LLC,    Michelle G Novick Esq,    55 E Monroe 40th FL,    Chicago, IL 60603-5713
10820979       Firestone Tire,    3801 Skokie Blvd.,    Skokie, IL 60077
10820980       Fort Dearborn Life Insurance Co.,    36788 Eagle Way,    Chicago, IL 60678-1367
10820981       GE Capital,    PO Box 740425,    Atlanta, GA 30374-0425
10820985      +GMAC,    PO Box 9001952,    Louisville, KY 40290-1952
10820986      +Gracie Santos,    4830 W. Addison,    Chicago, IL 60641-3591
10820987      +Harris Bank, NA,    BLST - P.O. Box 2880,    Chicago, IL 60690-2880
10820988      +Harris Equipment,    2010 N. Ruby St.,    Melrose Park, IL 60160-1112
11101949      +Harris NA,    Adam Sherk,    Vice President Harris NA,    115 S LaSalle St 11W,
                Chicago, IL 60603-3801
10820989      +Hollywood Services, Inc.,    5656 N. Western Ave.,    Chicago, IL 60659-5113
10820990      +Howard Pascascio,    821 South Maple,    Oak Park, IL 60304-1027
10820991      +Hunter Engineering Company,    1314 Colwyn Dr.,    Schaumburg, IL 60194-2734
11022672     ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
                100 West Randolph Street    Level 7-400,    Chicago, Illinois  60601)
10883615     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,    Cincinnati, OH 45999)
10820992       Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,    Chicago, IL 60664-0338
10820995      +Interstate Batteries,    PO Box 297,    Wood Dale, IL 60191-0297
10820994      +Interstate Batteries,    8056 Central Park,    Skokie, IL 60076-2905
10820996      +Ishwar and Pado Alimchandani,    380 Brampton Lane,    Lake Forest, IL 60045-3453
10820997       Janco International, Inc.,    PO Box 3050,    Traverse City, MI 49685-3050
10820998      +Jason Santos,    5151 West Addison,    Chicago, IL 60641-3402
10821002     +++LaSalle Bank National Association,    Eric S Rein,    180 N. LaSalle Street  Suite 2700,
                Chicago, IL 60601-2709
10821000      +Lakin,    General Department #4760,    PO Box 87618,    Chicago, IL 60680-0618
10821001      +Laner Muchin,    515 N. State St., Suite 2800,    Chicago, IL 60654-4688
10821003      +Laser Service,    875 Lively Boulevard,    Elk Grove Village, IL 60007-2218
10821004      +Lynch Auto Group,    5333 W. Irving Park,    Chicago, IL 60641-2529
10883617      +MB Financial Bank NA,    6111 N River Road  8th FL,    Des Plaines, IL 60018-5158
```

```
District/off: 0752-1           User: vwalker                Page 2 of 3                   Date Rcvd: Jun 08, 2010
Case: 06-08403                 Form ID: pdf006              Total Noticed: 124

10821008      MBNA Amerca,   PO Box 15137,   Wilmington, DE 19886-5137
10821005     +Macke Water Systems,   PO Box 545,   Wheeling, IL 60090-0545
10821006     +Marilyn M. Feldman,   264 Everglad Ave.,   Palm Beach, FL 33480-3730
10821009     +McClure & Assc.,   1440 Maple Ave, Suite 6B,   Lisle, IL 60532-4138
10821010     +Mendy Pozin,   3149 Dundee Road, Suite 284,   Northbrook, IL 60062-2402
10929329     +Midas International,   c/o Philip V. Martino,   DLA Piper Rudnick Gray Cary US LLP,
              n/k/a DLA Piper US LLP,   101 East Kennedy Bouelvard, Suite 2000,   Tampa, Florida 33602-5148
10821011      Midas International Corp.,   1300 Arlington Hts. Road,   Itasca, IL 60143-1274
10929326     +Midas Properties, Inc.,   Philip V. Martino,   DLA Piper Rudnick Gray Cary US LLP,
              n/k/a DLA Piper US LLP,   101 East Kennedy Boulevard, Suite 2000,   Tampa, Florida 33602-5148
10929323     +Midas Realty Corp.,   c/o Philip V. Martino,   DLA Piper Rudnick Gray Cary US LLP n/k/a,
              101 East Kennedy Boulevard, Suite 2000,   Tampa, Florida 33602-5148
10821012      Midas Realty Corporation,   1300 Arlington Heights Road,   Itasca, IL 60143-1274
10821013     +Midwest Under Parts,   4914 W. Belmont Ave.,   Chicago, IL 60641-4331
10821014      Mighty Auto Parts,   360 B Windy Point Drive,   Glendale Heights, IL 60139
10821015     +Moon Lighting,   1967 1/2 W. Montrose Ave.,   Chicago, IL 60613-1022
10821016     +Napa Auto Parts,   401 E. North Ave.,   Villa Park, IL 60181-1218
10821017     +Napa Genuine Parts,   5959 Collection Center,   Chicago, IL 60693-0001
10821019      North Shore Towing,   7527 Oakton St.,   Evanston, IL 60202
10821020     +Northside Imports, Inc.,   3650 W. Pratt,   Lincolnwood, IL 60712-3724
10821021      Onyx Wast Services Midwest Inc. T3,   8246 Innovation Way,   Chicago, IL 60682-0082
10821027     +PR Streich & Sons, Inc.,   2333 W. 17th Street,   Franklin Park, IL 60131-3474
10821022     +Parent Petroleum,   37 W. 370 Route 38,   Saint Charles, IL 60175-1500
10821023      Parts Warehouse, Inc.,   1300 Arlington Heights Road,   Itasca, IL 60143-1274
10821024    +++Patzik, Frank & Samotny LTd.,   Alan Patzik,   150 South WAcker Drive, Suite 1500,
              Chicago, IL 60606-4201
10821025     +Peoples Energy Corporation,   Peoples Energy,   Chicago, IL 60687-0001
10821026      Pestine, Brianti Gamer Ltd.,   666 Dundee Road, Suite 401,   Chicago, IL 60602
10821028     +Praxair Distribution, Inc.,   Dept. CH10660,   Palatine, IL 60055-0001
10821029     +R.A. Shavitz Inc.,   Heating & Air Conditioning,   4849 Main St.,   Skokie, IL 60077-2579
10821030     +R.S. Used Oail Servcies, Inc.,   25903 S. Ridgeland Av.e,   Monee, IL 60449-9125
10821031     +Realization Advisors, Inc.,   10 South Riverside Plaza, Suite 180,   Chicago, IL 60606-3728
10821032     +S & S Automotive,   740 N. Larch Ave.,   Elmhurst, IL 60126-1569
10821033      SBC,   R.H. Donnelly,   PO Box 807008,   Kansas City, MO 64180-7008
10821034      SBC Ameritech,   Bill Payment Center,   Chicago, IL 60663
10821035      SBC Long Distance,   PO Box 660688,   Dallas, TX 75266-0688
10881835    ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
              (address filed with court:   Snap-on Credit LLC,   950 Technology Way, Suite 301,
              Libertyville, IL 60048)
10821036     +Schoewe Overhead Door,   8110 W. Addison,   Chicago, IL 60634-2008
11004867     +Scott Greenberg & Alison Zirn,   2075 Windy Hill,   Highland Park, IL 60035-4233
10882714     +Scott Greenberg & Alison Zirn,   DLA Piper Rudnick Gray Cary US LLP,
              203 N LaSalle St  Ste 1900,   Chicago, IL 60601-1263
10821037     +Sears & Anderson,   245 N. Eric Drive,   Palatine, IL 60067-2508
10821038     +Shane Rose,   1330 West Norwood,   Chicago, IL 60660-2531
10821039     +Smith Brothers Converters, LLC,   13655 S. Kenton,   Midlothian, IL 60445-1938
10821040      Snap on Credit,   PO Box 98850,   Chicago, IL 60693-8850
10821041     +Stone Wheel, Inc.,   7675 Quincy Street,   Willowbrook, IL 60527-5598
10821043      TMP Worldwide,   PO Box 90362,   Chicago, IL 60696-0362
10821042     +Tire Exhcange, Inc.,   710 Anthony Trail,   Northbrook, IL 60062-2542
10821044     +Valpak of Chicagoland,   12 Salt Creek Lane, Suite 325,   Hinsdale, IL 60521-3783
11003231     +Veolia fka Onyx Waste Services, Inc.,   c/o RMS Bankruptcy Recovery Services,   P.O. Box 5126,
              Timonium, Maryland 21094-5126,   Telephone Number: (410) 773-4085
10821045      Village of Lombard,   255 E. Wilson Avenue,   Lombard, IL 60148-3931
10821046     +Village of Morton Grove,   Attn:  Sophia Y. Hui,   6101 Capulina,   Morton Grove, IL 60053-2985
10821047     +Voice Solutions, Inc.,   3360 B Annapolis LN,   Plymouth, MN 55447-5386
10821048     +Wells Farg Bank - Auto Finance,   PO Box 29704,   Phoenix, AZ 85038-9704
10821049     +Wells Fargo Bank, NA,   c/o Steven L Nelson,   P O Box 3700,   Rock Iland IL 61204-3700
10821050     +Wells Fargo Servicing Ctr.,   PO Box 31557,   MAC B6955-01B,   Billings, MT 59107-1557
10821051     +Windy City Marketing, Inc.,   1336 W. Grand Ave.,   Chicago, IL 60642-8096
The following entities were noticed by electronic transmission on Jun 08, 2010.
10820973      E-mail/Text: legalcollections@comed.com                              Commonwealth Edison,
              Bill Payment Center,   Chicago, IL 60668-0001
10820999     +E-mail/Text: idiaz2@co.lake.il.us                                    Lake County Collector,
              18 N. ounty St., Suite 102,   Waukegan, IL 60085-4361
10821018     +E-mail/Text: bankrup@nicor.com                                       Nicor Gas,   P.O. Box 416,
              Aurora, IL 60568-0001
                                                                                                  TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10820956      Bison Enterprises, Inc.
aty*         +John E Gierum,   John E Gierum,   Gierum & Mantas,   9700 Higgins Road,   Suite 1015,
              Rosemont, IL 60018-4712
10820982*     GE Capital,   PO Box 740425,   Atlanta, GA 30374-0425
10820983*     GE Capital,   PO Box 740425,   Atlanta, GA 30374-0425
10820984*     GE Capital,   PO Box 740425,   Atlanta, GA 30374-0425
10820993*     Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
10821007*    +Marilyn M. Feldman,   264 Everglad Ave.,   Palm Beach, FL 33480-3730
                                                                                             TOTALS: 1, * 6

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: vwalker              Page 3 of 3            Date Rcvd: Jun 08, 2010
Case: 06-08403                Form ID: pdf006            Total Noticed: 124
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2010**                        **Signature:**    _Joseph Speetjens_