# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: FELDMAN, JEFFREY M | § | Case No. 06-08403 |
| FELDMAN, ELISSA S. | § | |
| | § | |
| Debtor(s) FELDMAN, LISA | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $226,120.00 *(without deducting any secured claims)* | Assets Exempt: $216,730.00 |
| Total Distribution to Claimants: $1,061,990.95 | Claims Discharged Without Payment: $2,504,301.83 |
| Total Expenses of Administration: $19,140.61 | |

3) Total gross receipts of $ 1,081,131.56 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,081,131.56 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $997,656.90 | $997,656.90 | $997,656.90 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 64,200.13 | 19,140.61 | 19,140.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 114,340.00 | 114,340.00 | 64,334.05 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 2,454,295.88 | 2,454,295.88 | 0.00 |
| TOTAL DISBURSEMENTS | $0.00 | $3,630,492.91 | $3,585,433.39 | $1,081,131.56 |

4)  This case was originally filed under Chapter 7 on July 14, 2006.
. The case was pending for 51 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/15/2010 _____   By: /s/JOHN E. GIERUM _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate   (s) | 1110-000 | 983,026.37 |
| Jewelry   (s) | 1129-000 | 80,000.00 |
| Lawsuit counterclaim   (s) | 1149-000 | 2,500.00 |
| Interest Income | 1270-000 | 15,605.19 |
| TOTAL GROSS RECEIPTS | | $1,081,131.56 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America | 4110-000 | N/A | 445,000.00 | 445,000.00 | 445,000.00 |
| | Emigrant Mortgage Company, Inc. | 4110-000 | N/A | 420,000.00 | 420,000.00 | 420,000.00 |
| | John E. Gierum, Trustee | 4110-000 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| | Marilyn M. Feldman | 4110-000 | N/A | 82,656.90 | 82,656.90 | 82,656.90 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $997,656.90 | $997,656.90 | $997,656.90 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 55,683.52 | 10,624.00 | 10,624.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 1,904.32 | 1,904.32 | 1,904.32 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 1,376.00 | 1,376.00 | 1,376.00 |
| City of Highland Park | 2420-000 | N/A | 747.43 | 747.43 | 747.43 |
| ComEd | 2420-000 | N/A | 915.07 | 915.07 | 915.07 |
| North Shore Gas | 2420-000 | N/A | 1,047.79 | 1,047.79 | 1,047.79 |
| Gierum & Mantas | 3110-000 | N/A | 2,526.00 | 2,526.00 | 2,526.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 64,200.13 | 19,140.61 | 19,140.61 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9P-3 | Illinois Department of Revenue | 5800-000 | N/A | 114,340.00 | 114,340.00 | 64,334.05 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 114,340.00 | 114,340.00 | 64,334.05 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Snap-on Credit LLC | 7100-000 | N/A | 4,153.15 | 4,153.15 | 0.00 |
| 3 | Midas Realty Corp. | 7100-000 | N/A | 71,078.17 | 71,078.17 | 0.00 |
| 4 | Midas Properties, Inc. | 7100-000 | N/A | 13,188.67 | 13,188.67 | 0.00 |
| 5 | Midas International | 7100-000 | N/A | 550,337.77 | 550,337.77 | 0.00 |
| 6 | Midas International | 7100-000 | N/A | 1,537,535.82 | 1,537,535.82 | 0.00 |
| 8 | PR Streich & Sons, Inc. | 7100-000 | N/A | 1,589.46 | 1,589.46 | 0.00 |
| 9U-3 | Illinois Department of Revenue | 7100-000 | N/A | 44.00 | 44.00 | 0.00 |
| 10 | FagelHaber LLC | 7100-000 | N/A | 4,318.04 | 4,318.04 | 0.00 |
| 11 | Interstate Batteries | 7100-000 | N/A | 378.92 | 378.92 | 0.00 |
| 12 | Napa Auto Parts | 7100-000 | N/A | 13,637.17 | 13,637.17 | 0.00 |
| 13 | Macke Water Systems | 7100-000 | N/A | 5,907.57 | 5,907.57 | 0.00 |
| 14 | Parent Petroleum | 7100-000 | N/A | 12,517.98 | 12,517.98 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| 16 | Patzik, Frank & Samotny LTd. | 7100-000 | N/A | 58,883.00 | 58,883.00 | 0.00 |
| 17 | Harris NA | 7100-000 | N/A | 25,559.69 | 25,559.69 | 0.00 |
| 18 | American Express Bank FSB | 7100-000 | N/A | 15,794.17 | 15,794.17 | 0.00 |
| 19 | Advanta Bank Corp | 7100-000 | N/A | 25,820.82 | 25,820.82 | 0.00 |
| 20 | American Express Travel Related Services Co, Inc | 7100-000 | N/A | 26,073.02 | 26,073.02 | 0.00 |
| 21 | American Express Travel Related Svcs Co | 7100-000 | N/A | 45,699.86 | 45,699.86 | 0.00 |
| 22 | American Express Centurion Bank | 7100-000 | N/A | 41,778.60 | 41,778.60 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 2,454,295.88 | 2,454,295.88 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08403

**Case Name:** FELDMAN, JEFFREY M
FELDMAN, ELISSA S.

**Period Ending:** 10/15/10

**Trustee:** (520171)   JOHN E. GIERUM

**Filed (f) or Converted (c):** 07/14/06 (f)

**§341(a) Meeting Date:** 08/24/06

**Claims Bar Date:** 02/05/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate  (s) | 1,700,000.00 | 920,000.00 | | 983,026.37 | FA |
| 2 | First of H.P. checking  (s) | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | Harris  checking (s) | 40.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security deposit  (s) | 3,750.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods  (s) | 3,900.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel (s) | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry (s) | 90,000.00 | 90,000.00 | | 80,000.00 | FA |
| 8 | Two term life insurance policies  (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Merill Lynch IRA  (s) | 49,521.00 | 0.00 | DA | 0.00 | FA |
| 10 | Merrill Lynch IRA  (s) | 8,655.00 | 0.00 | DA | 0.00 | FA |
| 11 | Morgan Stanley  (s) | 61,244.00 | 0.00 | DA | 0.00 | FA |
| 12 | Yellow Cab pension  (s) | 52,010.00 | 0.00 | DA | 0.00 | FA |
| 13 | Three stock interests Bison  (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2002 GMC  (s) | 14,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2006 Chevrolet  (s) | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 16 | Office equipment  (s) | 200.00 | 0.00 | DA | 0.00 | FA |
| 17 | Lawsuit counterclaim  (s) | 250,000.00 | Unknown | | 2,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 15,605.19 | Unknown |
| 18 | Assets       Totals (Excluding unknown values) | $2,266,120.00 | $1,010,000.00 | | $1,081,131.56 | $0.00 |

**Major Activities Affecting Case Closing:**

completed real estate proceeds litigation and finishing final report

**Initial Projected Date Of Final Report (TFR):**      December 31, 2008

**Current Projected Date Of Final Report (TFR):**      December 31, 2010

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 06-08403 | |
| **Case Name:** | FELDMAN, JEFFREY M | |
| | FELDMAN, ELISSA S. | |
| **Taxpayer ID #:** | **-***5720 | |
| **Period Ending:** | 10/15/10 | |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****35-19 - Time Deposit Account |
| **Blanket Bond:** | $69,308,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Time Deposit<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/16/07 | | FUNDING ACCOUNT: ********3565 | | 9999-000 | 983,026.37 | | 983,026.37 |
| 11/16/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3100% | 1270-000 | 3,215.78 | | 986,242.15 |
| 02/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4000% | 1270-000 | 3,410.38 | | 989,652.53 |
| 05/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2700% | 1270-000 | 3,103.91 | | 992,756.44 |
| 08/12/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6800% | 1270-000 | 1,665.95 | | 994,422.39 |
| 11/10/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6800% | 1270-000 | 1,668.74 | | 996,091.13 |
| 02/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4300% | 1270-000 | 1,068.43 | | 997,159.56 |
| 05/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 497.34 | | 997,656.90 |
| 06/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 164.01 | | 997,820.91 |
| 07/02/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned | 1270-000 | 120.29 | | 997,941.20 |
| 07/02/09 | | Transfer of funds to DDA | Transfer of Funds to close TDA | 9999-000 | | 997,941.20 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 997,941.20 | 997,941.20 | $0.00 |
| Less: Bank Transfers | | 983,026.37 | 997,941.20 | |
| **Subtotal** | | 14,914.83 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | $14,914.83 | $0.00 | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 06-08403 |
| **Case Name:** | FELDMAN, JEFFREY M |
| | FELDMAN, ELISSA S. |
| **Taxpayer ID #:** | **-***5720 |
| **Period Ending:** | 10/15/10 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****35-65 - Money Market Account |
| **Blanket Bond:** | $69,308,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/07 | {7} | Elissa S. Feldman | SALE PROCEEDS | 1129-000 | 80,000.00 | | 80,000.00 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.96 | | 80,009.96 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 42.72 | | 80,052.68 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.17 | | 80,096.85 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 44.19 | | 80,141.04 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.36 | | 80,182.40 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.67 | | 80,228.07 |
| 08/01/07 | 1001 | City of Highland Park | Utility Billing Account No. 011192 | 2420-000 | | 747.43 | 79,480.64 |
| 08/01/07 | 1002 | ComEd | Account No. 2738592000 | 2420-000 | | 915.07 | 78,565.57 |
| 08/01/07 | 1003 | North Shore Gas | Account No. 1 5000 4709 0759 | 2420-000 | | 1,047.79 | 77,517.78 |
| 08/10/07 | {1} | Marquis Title Company | SALE PROCEEDS | 1110-000 | 983,026.37 | | 1,060,544.15 |
| 08/10/07 | | | Gross sale proceeds       1,125,000.00 | 1110-000 | | | 1,060,544.15 |
| 08/10/07 | | | Earnest money credit per contract -34,218.60 | 2500-000 | | | 1,060,544.15 |
| 08/10/07 | | | Realtor fee             -28,125.00 | 3510-000 | | | 1,060,544.15 |
| 08/10/07 | | | Water Damage remediation   -12,480.17 | 2420-000 | | | 1,060,544.15 |
| 08/10/07 | | | Property taxes pre-petition  -36,384.27 | 4700-000 | | | 1,060,544.15 |
| 08/10/07 | | | Property taxes post-petition -23,798.40 | 2820-000 | | | 1,060,544.15 |
| 08/10/07 | | | Costs to sell            -6,967.23 | 2500-000 | | | 1,060,544.15 |
| 08/16/07 | | ACCOUNT FUNDED: ********3519 | | 9999-000 | | 983,026.37 | 77,517.78 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 95.54 | | 77,613.32 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.68 | | 77,652.00 |
| 10/29/07 | | To Account #********3566 | TRANSFER OF FUNDS | 9999-000 | | 2,526.00 | 75,126.00 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 45.47 | | 75,171.47 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 39.11 | | 75,210.58 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 38.30 | | 75,248.88 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 34.40 | | 75,283.28 |
| 02/05/08 | | To Account #********3566 | BOND REIMBURSEMENT | 9999-000 | | 911.34 | 74,371.94 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 15.29 | | 74,387.23 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 13.81 | | 74,401.04 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 10.37 | | 74,411.41 |
| 05/09/08 | {17} | Travelers | SETTLEMENT PROCEEDS | 1149-000 | 2,500.00 | | 76,911.41 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.50 | | 76,920.91 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.77 | | 76,930.68 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.77 | | 76,940.45 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 9.14 | | 76,949.59 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 10.09 | | 76,959.68 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 8.39 | | 76,968.07 |

Subtotals :          $1,066,142.07       $989,174.00

{} Asset reference(s)

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-08403 |
| Case Name: | FELDMAN, JEFFREY M |
| | FELDMAN, ELISSA S. |
| Taxpayer ID #: | **-***5720 |
| Period Ending: | 10/15/10 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****35-65 - Money Market Account |
| Blanket Bond: | $69,308,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 6.05 | | 76,974.12 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 5.45 | | 76,979.57 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.14 | | 76,982.71 |
| 02/19/09 | | To Account #*********3566 | BOND REIMBURSEMENT | 9999-000 | | 933.56 | 76,049.15 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.92 | | 76,052.07 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.30 | | 76,055.37 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,058.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.99 | | 76,061.46 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.31 | | 76,064.77 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,067.97 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,071.17 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,074.27 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.10 | | 76,077.37 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,080.57 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.20 | | 76,083.77 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.00 | | 76,086.77 |
| 02/12/10 | | To Account #*********3566 | TRANSFER OF FUNDS | 9999-000 | | 59.42 | 76,027.35 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.89 | | 76,030.24 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.41 | | 76,033.65 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.96 | | 76,035.61 |
| 04/20/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -76,035.61 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 990,166.98 | 990,166.98 | $0.00 |
| Less: Bank Transfers | -76,035.61 | 987,456.69 | |
| Subtotal | 1,066,202.59 | 2,710.29 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,066,202.59 | $2,710.29 | |

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 06-08403 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | FELDMAN, JEFFREY M | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | FELDMAN, ELISSA S. | | Account: | ***-*****35-66 - Checking Account |
| Taxpayer ID #: | **-***5720 | | Blanket Bond: | $69,308,000.00 (per case limit) |
| Period Ending: | 10/15/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/29/07 | | From Account #*******3565 | TRANSFER OF FUNDS | 9999-000 | 2,526.00 | | 2,526.00 |
| 10/29/07 | 101 | Gierum & Mantas | TRUSTEE'S ATTORNEYS' FEES | 3110-000 | | 2,526.00 | 0.00 |
| 02/05/08 | | From Account #*******3565 | BOND REIMBURSEMENT | 9999-000 | 911.34 | | 911.34 |
| 02/05/08 | 102 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #06-08403, Bond Reimbursement (Bond #016026455) | 2200-000 | | 911.34 | 0.00 |
| 02/19/09 | | From Account #*******3565 | BOND REIMBURSEMENT | 9999-000 | 933.56 | | 933.56 |
| 02/19/09 | 103 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2009 FOR CASE #06-08403, Reimbursement for Ch. 7 Blanket Bond | 2200-000 | | 933.56 | 0.00 |
| 07/02/09 | | Transfer of funds from TDA | Transfer of funds to close TDA | 9999-000 | 997,941.20 | | 997,941.20 |
| 07/07/09 | 104 | Bank of America | SETTLEMENT | 4110-000 | | 445,000.00 | 552,941.20 |
| 07/07/09 | 105 | Emigrant Mortgage Company, Inc. | SETTLEMENT | 4110-000 | | 420,000.00 | 132,941.20 |
| 07/07/09 | 106 | John E. Gierum, Trustee | SETTLEMENT | 4110-000 | | 50,000.00 | 82,941.20 |
| 07/07/09 | 107 | Marilyn M. Feldman | SETTLEMENT | 4110-000 | | 82,656.90 | 284.30 |
| 02/12/10 | | From Account #*******3565 | TRANSFER OF FUNDS | 9999-000 | 59.42 | | 343.72 |
| 02/12/10 | 108 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 06-08403 | 2200-000 | | 59.42 | 284.30 |
| 04/20/10 | | Wire out to BNYM account 9200*****3566 | Wire out to BNYM account 9200*****3566 | 9999-000 | -284.30 | | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 1,002,087.22 | 1,002,087.22 | $0.00 |
| | | | Less: Bank Transfers | | 1,002,087.22 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,002,087.22 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,002,087.22 | |

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 06-08403 | |
| **Case Name:** FELDMAN, JEFFREY M | |
| FELDMAN, ELISSA S. | |
| **Taxpayer ID #:** **-***5720 | |
| **Period Ending:** 10/15/10 | |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******35-65 - Money Market Account |
| **Blanket Bond:** | $69,308,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 76,035.61 | | 76,035.61 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.60 | | 76,037.21 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.52 | | 76,041.73 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 4.37 | | 76,046.10 |
| 07/26/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 3.65 | | 76,049.75 |
| 07/26/10 | | To Account #9200******3566 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 76,049.75 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 76,049.75 | 76,049.75 | $0.00 |
| Less: Bank Transfers | 76,035.61 | 76,049.75 | |
| **Subtotal** | **14.14** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$14.14** | **$0.00** | |

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 06-08403 |
| Case Name: | FELDMAN, JEFFREY M |
| | FELDMAN, ELISSA S. |
| Taxpayer ID #: | **-***5720 |
| Period Ending: | 10/15/10 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******35-66 - Checking Account |
| Blanket Bond: | $69,308,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3566 | Wire in from JPMorgan Chase Bank, N.A. account ********3566 | 9999-000 | 284.30 | | 284.30 |
| 07/26/10 | | From Account #9200******3565 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 76,049.75 | | 76,334.05 |
| 07/26/10 | 10109 | JOHN E. GIERUM | | 2100-000 | | 10,624.00 | 65,710.05 |
| 07/26/10 | 10110 | Lois West, Popowcer Katten, Ltd. | | 3410-000 | | 1,376.00 | 64,334.05 |
| 07/26/10 | 10111 | Illinois Department of Revenue | First and final distribution | 5800-000 | | 64,334.05 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 76,334.05 | 76,334.05 | $0.00 |
| Less: Bank Transfers | 76,334.05 | 0.00 | |
| Subtotal | 0.00 | 76,334.05 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $76,334.05 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TIA # ***-*****35-19 | 14,914.83 | 0.00 | 0.00 |
| MMA # ***-*****35-65 | 1,066,202.59 | 2,710.29 | 0.00 |
| Checking # ***-*****35-66 | 0.00 | 1,002,087.22 | 0.00 |
| MMA # 9200-*****35-65 | 14.14 | 0.00 | 0.00 |
| Checking # 9200-*****35-66 | 0.00 | 76,334.05 | 0.00 |
| | $1,081,131.56 | $1,081,131.56 | $0.00 |

{} Asset reference(s)

Printed: 10/15/2010 09:30 AM   V.12.54